IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | DOCKET NO: 3:11cr 373-FDW-DSC |
| KHALED FADEL IBRAHIM (1) a/k/a "Khal," a/k/a "K"; AHMED SAMY HOSNY KAREEM (2) a/k/a "Sam," a/k/a "Sammy"; KAMAL ZAKI QAZAH (3) a/k/a "Keemo"; THA'ER ISMAIL AYYAD (4) a/k/a "Old Man," a/k/a "Wild Man"; WAEL MAHMOUD SALEM (5) a/k/a "Tony"; JOSE CALDERON-SILVER (6); ZAFER RAMADAN KAFOZI (7) a/k/a "Uncle Jack"; HESHAM RAHMAN (8) a/k/a "Sean"; ZIAD HASHEM NAJJAR (9) a/k/a "Z"; NASSER KAMAL ALQUZA(10); MURAD AYYAD (11) a/k/a "Mike" | ) | |

## ORDER

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Sealed Bill of Indictment and related Warrants for Arrest be unsealed.

**SO ORDERED.**

_____
David S. Cayer
United States Magistrate Judge